UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. BAPTISTE, <br><br> Plaintiff, <br><br> v. <br><br> B. MARTINEZ, et al., <br><br> Defendants. | Case No. 19-cv-06551-HSG <br><br> **ORDER GRANTING REQUEST FOR SECOND EXTENSION OF TIME** <br><br> Re: Dkt. No. 21 |

Good cause being shown, defendants' request for a second extension of time to file their dispositive motion is GRANTED. Dkt. No. 21. By November 3, 2020, defendants shall file and serve their summary judgment or other dispositive motion. Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon defendants no later than 28 days from the date the motion is filed. Defendants shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 21.

**IT IS SO ORDERED.**

Dated: 8/3/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge