United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. BAPTISTE,<br><br>  Plaintiff,<br><br>  v.<br><br>B. MARTINEZ, et al.,<br><br>  Defendants. | Case No. 19-cv-06551-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 26 |

Good cause being shown, Plaintiff's unopposed request for an extension of time to file his opposition to the summary judgment motion is GRANTED. Dkt. No. 26. Plaintiff shall file his opposition by February 16, 2021. Defendants shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 26.

**IT IS SO ORDERED.**

Dated: 12/3/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge