UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. BAPTISTE,<br><br>    Plaintiff,<br><br>v.<br><br>B. MARTINEZ, et al.,<br><br>    Defendants. | Case No. 19-cv-06551-HSG<br><br>**JUDGMENT** |

The Court, having granted Defendants' motion for summary judgment, enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: 7/30/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge